DAB

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-230-F

FILED
JUL 0 2 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY RM DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| AMBER BROWN ) | |

The United States Attorney charges that:

On or about February 6, 2012, in the Eastern District of North Carolina, AMBER BROWN, then a Federal Bureau of Prisons employee, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department in the executive branch of the Government of the United States by falsely stating to special agents of the United States Department of Justice, Office of the Inspector General, and agents and officials of the Federal Bureau of Prisons that she had never engaged in sexual relations with an inmate. This statement and representation was false because, as AMBER BROWN then and there knew, she had engaged in sexual relations with an inmate.

In violation of Title 18, United States Code, Section 1001.

THOMAS G. WALKER
United States Attorney

*David G. Bragdon*

BY: DAVID A. BRAGDON
Assistant United States Attorney