AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:12-CR-230-1F |
| AMBER BROWN | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/6/12

*Amber Brown*
Defendant's signature

*[signature]*
Signature of defendant's attorney

C. Scott Holmes
Printed name of defendant's attorney

*James C. Fox*
Judge's signature

Judge's printed name and title