# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441

Fax: 919-861-5555

**DATE:** November 21, 2012

**FROM:** Jacqueline G. Leonard
Senior U.S. Probation Officer

**SUBJECT:** Amber Brown
Docket No. 5:12-CR-230-1F

**TO:** Honorable James C. Fox
Senior U.S. District Judge

The defendant pled guilty on August 6, 2012, and is scheduled for sentencing during the December 5, 2012 term of court. Presently, the final draft of the Presentence Report has not been disclosed in accordance with the Local Rules, and the investigation process is ongoing. Therefore, it is respectfully requested that a continuance be granted until the January 2013 term of court.

Counsel for the government and the defendant have been contacted and there are no objections to the proposed continuance. If the court concurs, the proposed Order is attached for your consideration. Should additional information regarding this request be required, please advise.

xc: Deputy Clerk of Court
     Kevin L. Connolley, DCUSPO